FILED

2016 AUG -2 AM 11:38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN CARLOS SANCHEZ-ROMO,<br>  aka "Mago de Oz",<br><br>    Defendant. | Case No. 16CR1766WQH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960, and 963 - Conspiracy to Distribute Cocaine Intended for Importation; Title 46, U.S.C., Secs. 70503, 70506(b) - Conspiracy to Possess With Intent to Distribute Cocaine on Board a Vessel; Title 21, U.S.C., Sec. 853 and Title 46, U.S.C., Sec. 70507 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including July 27, 2016, in the countries of Mexico, Guatemala, Colombia, and elsewhere, defendant JUAN CARLOS SANCHEZ-ROMO, aka "Mago de Oz", who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

PJB:nlv(1):San Diego
8/1/16

## Count 2

Beginning on a date unknown to the grand jury and continuing up to and including September 14, 2015, defendant JUAN CARLOS SANCHEZ-ROMO, aka "Mago de Oz", who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, on board a vessel subject to the jurisdiction of the United States; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 46, United States Code Section 70507.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a), defendant JUAN CARLOS SANCHEZ-ROMO, aka "Mago de Oz", shall forfeit to the United States any property constituting or derived from, proceeds traceable to such offense, including but not limited to a sum of money equal to the total amount of proceeds obtained directly or indirectly as a result of the offense, and all property used or intended to be used to commit or to facilitate the commission of the violations.

3. As a result of the commission of the offense alleged in Count 2 of this Indictment, and pursuant to Title 46, United States Code, Section 70507(a), defendant JUAN CARLOS SANCHEZ-ROMO, aka "Mago de Oz", shall forfeit to the United States any property used or intended to be used to commit or to facilitate the commission of the violation.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

DATED: August 2, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
PATRICK J. BUMATAY
Assistant U.S. Attorney

3